AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
для the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY MACDONALD<br>*Defendant* | Case No.  19mj8444-4 |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  11/26/2019

*Defendant's signature*

on behalf of S. Biancamano

*Signature of defendant's attorney*

STACEY BIANCAMANO
*Printed name and bar number of defendant's attorney*

312 North Ave E, Suite 7
Crawford, NJ
*Address of defendant's attorney*

SBiancamano@Biancamanolaw.com
*E-mail address of defendant's attorney*

908 325 3023
*Telephone number of defendant's attorney*

908 325 3007
*FAX number of defendant's attorney*