# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: **JESSICA S. ALLEN** |
| v. | CRIMINAL NO.: **21-CR-310-2 (KSH)** |
| ANTHONY MACDONALD | DATE OF PROCEEDINGS: **5/12/23** |
| | DATE OF ARREST: **5/12/23** |

PROCEEDINGS: **Bail Revocation Hearing**

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD   __ CJA
( ) WAIVER OF HRG.:   __ PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
( ) OTHER **CONSENT TO VIDEO/TELEPHONE CONFERENCE**
( ) OTHER **CONSENT TO E-SIGNATURE**
(X) OTHER **Penalties placed on the Record**

( ) COMMITMENT TO ANOTHER DISTRICT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.       DATE: _____
( ) DETENTION / BAIL HRG.             DATE: _____
( ) TRIAL:   __ COURT   __ JURY       DATE: _____
( ) SENTENCING                        DATE: _____
( ) OTHER: _____         DATE: _____

APPEARANCES:

AUSA **JASON GOLDBERG**

DEFT. COUNSEL **CAROL DOMINGUEZ (Appearing today only for CJA counsel)**

PRETRIAL **VINCENT IMBROSCIANO**

INTERPRETER _____
Language: (     )

Time Commenced: **3:35 p.m.**
Time Terminated: **3:40 p.m.**
CD No:   **ECR**

*J. Batista*
_____
DEPUTY CLERK