**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                           **DATE: June 1, 2023**
**JUDGE:** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                          **DOCKET # 21-cr-310**
UNITED STATES OF AMERICA
        vs.

ANTHONY MACDONALD

        **DEFT. PRESENT**

**APPEARANCES:**
Barry O'Connell, AUSA for Government
Dan Holzapfel, CJA for Defendant

**Nature of Proceedings**: ZOOM ARRAIGNMENT
Defendant present and consents to proceed by video.
Defense waives formal reading of the indictment on the record.
Defendant enters a plea of Not Guilty to count(s)1 of the Indictment.
Scheduling & Continuance Orders to be submitted to the court by end of business on June 2, 2023.
Defendant Remanded.

**Time Commenced: 11:15 am**
**Time Adjourned:   11:25 am**


                                                                               Christine Melillo, Courtroom Deputy
                                                                               To the Honorable Katharine S. Hayden